UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FREENEY, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:19-CV-01324-AWI-EPG<br><br>**ORDER RE: NOTICE OF SETTLEMENT AND JOINT STIPULATION AND REQUEST TO VACATE THE SCHEDULING CONFERENCE**<br><br>**(ECF No. 5)** |

Plaintiff, Kenneth Freeney, and Defendant, J.B. Hunt Transport, Inc., have notified the Court that they have reached a settlement of this action in principle and that they are in the process of memorializing that settlement. (ECF No. 5.) The parties also indicate that there is a dispute regarding whether this action was properly removed from Stanislaus County Superior Court and that, once the settlement is memorialized, they will file a joint stipulation to remand the case to Stanislaus County Superior Court. The parties indicate that they will file the joint stipulation to remand no later than December 9, 2019, and request that the Scheduling Conference, set for November 21, 2019, be vacated. In light of the foregoing, the Court finds good cause for and will therefore grant the request to vacate the scheduling conference.

1

IT IS ORDERED that the Scheduling Conference, currently set for November 21, 2019, is VACATED. The parties are directed to file, no later than **December 9, 2019**, either a joint stipulation to remand or a joint status report indicating the status of settlement and the filing of the anticipated joint stipulation to remand.

IT IS SO ORDERED.

Dated: **October 17, 2019**

/s/ Eric P. Groj

UNITED STATES MAGISTRATE JUDGE