# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FREENEY,<br><br>Plaintiff,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., *et al.*,<br><br>Defendants. | Case No. 1:19-cv-01324-AWI-EPG<br><br>**ORDER GRANTING EXTENSION OF DEADLINE FOR FILING OF JOINT STIPULATION TO REMAND**<br><br>(ECF No. 8) |

Pursuant to the Parties' stipulation (ECF No. 8), and finding good cause, the Court grants the request for additional time, to January 27, 2020, for the parties to file either a joint stipulation to remand or a joint status report indicating the status of settlement and the filing of the anticipated joint stipulation to remand.

IT IS SO ORDERED.

Dated: __**December 3, 2019**__           /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

1