UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH FREENEY, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:19-CV-01324-AWI-EPG<br><br>**ORDER**<br><br>(ECF No. 10) |
|---|---|

Pursuant to the Parties' stipulation (ECF No.10), and finding good cause, the Court grants the request for additional time, to March 16, 2020, for the Parties to file either a joint stipulation to remand or a joint status report indicating the status of settlement and the filing of the anticipated joint stipulation to remand.

IT IS SO ORDERED.

Dated: **January 22, 2020**                /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE