UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KENNETH FREENEY, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:19-CV-01324-AWI-EPG<br><br>**[PROPOSED] ORDER** |
|---|---|

Upon review of the Parties' stipulation to remand (ECF No. 12), and finding good cause, the Court GRANTS the relief requested in the stipulation. Therefore, this case is hereby REMANDED to the Stanislaus County, California, Superior Court, with each party to bear its own costs in this Court.

IT IS SO ORDERED.

Dated:  March 17, 2020  

_____
SENIOR DISTRICT JUDGE

1
[PROPOSED] ORDER